**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KAMAL KASSIM AND KIMBERLY KASSIM,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART STORES, INC., WALMART STORES EAST, LP, KINDERHOOK INDUSTRIES II, L.P., KINDERHOOK INDUSTRIES, L.L.C., KINDERHOOK CAPITAL FUND II, L.P., CRESTWOOD HOLDINGS, INC., BERGAN, L.L.C., JOHN ELMBERG, ROBERT ELMBERG, ERIC ELMBERG, AND ROCKY FLICK,<br><br>Defendants. | Civil Action No. 3:13-CV-00373-(WWE)<br><br>December 6, 2013 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated by and between the undersigned counsel for the respective parties that this cause has been amicably settled, and that this action be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED this 13th day of May, 2014.

DEFENDANTS,
KINDERHOOK INDUSTRIES II, L.P.,
KINDERHOOK INDUSTRIES, L.L.C.,
KINDERHOOK CAPITAL FUND II, L.P.

By: __*/s/ Matthew J.* Cooper______________

Helen Harris (ct26816)
Matthew J. Cooper (ct29113)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901
Telephone: (203) 977-7418
Fax: (203) 977-7301
E-mail: hharris@daypitney.com

*Their Attorneys*

DEFENDANTS,
CRESTWOOD HOLDINGS, INC.,
BERGAN, LLC, ERIC ELBERG,
JOHN ELBERG, ROBERT ELMBERG,
ROCKY FLICK

By:_*/s/ Michael Q. English*___________
Michael Q. English (ct29019)
Finn Dixon & Herling
177 Broad Street - 15th Floor
Stamford, CT 06901-2048
Telephone: (203) 325-5020
Fax: (203) 325-5001
E-mail: menglish@fdh.com

*Their Attorneys*

DEFENDANTS,
WALMART STORES, INC.
WALMART STORES EAST, LP

By:_*/s/ Janice D. Lai*_____________
Janice D. Lai (ct12135)
Steven H. Malitz (ct07848)
LeClairRyan
One Financial Plaza
755 Main Street, Suite 2000
Hartford, CT 06103
Telephone: (860) 656-1937
Fax: (860) 656-1987
E-mail: janice.lai@leclairryan.com
E-mail: steven.malitz@leclairryan.com

*Their Attorneys*

PLAINTIFFS,
KAMAL KASSIM
KIMBERLY KASSIM

**CERTIFICATE OF SERVICE**

I hereby certify that on 24th day of July, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Stacey L. Dungan*
Stacey L. Dungan